# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CESAR FLORES, | ) | 1:10-cv-00032 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| v. | ) | |
| | ) | [ Doc. #22] |
| JAMES D. HARTLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus on appeal to the Ninth Circuit Court of Appeal pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's motion for reconsideration of October 19, 2010, filed concurrently with a notice of appeal. The appeal has been processed to the Ninth Circuit; nevertheless, the Court has jurisdiction to consider the motion for reconsideration pursuant to Rule 4(a)(4) of the Federal Rules of Appellate Procedure notwithstanding the appeal.

Rule 60(b) of the Federal Rules of Civil Procedure provides:

On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
    (1) mistake, inadvertence, surprise, or excusable neglect;
    (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
    (4) the judgment is void;
    (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
    (6) any other reason that justifies relief.

1  Petitioner argues the Court failed to consider his objections to the Magistrate Judge's
2  Findings and Recommendation before adopting the Findings and Recommendation and denying the
3  petition.  Petitioner is advised the objections were not timely filed and therefore not considered.
4  Petitioner further argues the Court should reconsider the order denying the petition in light of his
5  arguments in his objections.
6  In his objections, Petitioner contends the Magistrate Judge erred in finding the state court
7  conclusion that some evidence supported the parole board's decision was reasonable.  Petitioner's
8  arguments are without merit.  As noted by the Magistrate Judge, there was at least some evidence to
9  support the finding that Petitioner presented a current risk of danger to the public if released.  The
10 commitment offense was especially heinous, atrocious or cruel, as it involved Petitioner beating a
11 lady to death with a two-by-four in her bed, with her nine-year-old son in the next room, over a
12 trivial disagreement about a $400.00 rental security deposit.  Cal. Code Regs., tit. 15,
13 § 2402(c)(1)(E). Petitioner had a prior escalating history of criminal behavior which included
14 burglaries.  Cal. Code Regs., tit. 15, §§ 2402(b), (c)(2).  Moreover, his criminal behavior did not end
15 with the commitment offense; it extended well into his time of incarceration.  Petitioner sustained
16 twenty (20) serious rules violations and many of them included violence.  Despite Petitioner's
17 protestations to the contrary, this was indeed a factor considered by the Board in its decision.  As
18 Petitioner notes in his objections, the Board stated: "[A]t issue here are the number of disciplinaries
19 that this prisoner has amassed over his 34 years in prison."  (See Pet's Objections at 7.)  The factors
20 of the commitment offense and prior criminal history, when considered along with Petitioner's
21 continued violent and criminal behavior in prison, provide some evidence of current dangerousness.
22 Petitioner fails to demonstrate good cause for reconsideration of the order denying his petition.
23 Accordingly, the Motion for Reconsideration is DENIED.
24 IT IS SO ORDERED.
25
26 Dated:   November 13, 2010                                        _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE
27
28